UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

JAY GREGORY MATHIS,

   Petitioner,

v.

GARY ROSE,

   Respondent.

Civil Action No. 7:22-117-KKC

**JUDGMENT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Jay Gregory Mathis's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DISMISSED** for lack of subject-matter jurisdiction.

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 27th day of March, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY